415 AYRES vs. CIRCUIT JUDGE (Wayne), No. 12569, 90 M., 380.

To compel respondent to dismiss a divorce bill for want of the stautory verification.

Granted March 2, 1892, with costs.

See Harrison vs. Harrison, 94 M., 559; Holcomb vs. Holcomb, 100 M., 421.

416 McGUIRE ET AL. vs. CIRCUIT JUDGE (Van Buren), 69 M., 593.

To compel respondent to vacate an order entered by complainant dismissing his bill, in a case where relators, defendants in a chancery case, had answered claiming affirmative relief.

Denied April 24, 1888.

Held, that Chancery Rule No. 123, which authorizes the defendant by his answer to present the facts upon which his equity rests, does not relieve him from stating such facts with the same particularity and certainty as if he had resorted to a cross-bill under the former practice; that when the matter set up is simply a matter of defense it is disposed of by the dismissal of the original bill, and that where a bill is filed by one in actual possession to quiet title to lands, a cross-bill will not lie for the purpose of obtaining possession.

417 CAMERON vs. CIRCUIT JUDGE (Wayne), No. 11990½.

To compel vacation of order confirming sale and make an order of reference.

Order to show cause denied May 19, 1891.

Bill for foreclosure. Defendants appeared and received a copy of the bill, but did not answer, and their default was entered. They afterwards objected to the confirmation of the sale for want of notice of subsequent proceedings.